| | |
|---|---|
| Stephanie R. Tatar, Esq. (SBN: 237792) | ELIZABETH L. MCKEEN (S.B. #216690) |
| TATAR LAW FIRM, APC | DANIELLE N. OAKLEY (S.B. #246295) |
| 3500 West Olive Ave., Suite 300 | O'MELVENY & MYERS LLP |
| Burbank, CA 91505 | 610 Newport Center Drive, 17th Floor |
| Tel: (323) 744-1146 | Newport Beach, California 92660-6429 |
| Fax: (888) 778-5695 | Telephone: (949) 823-6900 |
| E-mail: Stephanie@thetatarlawfirm.com | Facsimile: (949) 823-6994 |
| | emckeen@omm.com |
| | doakley@omm.com |
| Paul B. Mengedoth, Esq. | *Counsel for Defendant Federal National* |
| **MENGEDOTH LAW PLLC** | *Mortgage Association* |
| 20909 N. 90th Place, Suite 211 | |
| Scottsdale, AZ 85255 | |
| Tel: (480) 778-9100 | |
| Fax: (480) 778-9101 | |
| E-mail: paul@mengedothlaw.com | |

[Additional counsel listed on signature page]

*Counsel for Plaintiff James Banneck
and all similarly situated individuals.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BANNECK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendant. | Case No. 3:17-cv-04657-WHO<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING CASE DEADLINES |

WHERAS, on October 13, 2017, Defendant Federal National Mortgage Association filed a Motion to Dismiss the Complaint (the "Motion") (Dkt. No. 19);

WHEREAS, the deadline for Plaintiff James Banneck to file his opposition to the

Motion is currently set for October 27, 2017, and the deadline for Defendant to file its reply is currently set for November 3, 2017, and a hearing on the Motion is currently set for December 6, 2017;

WHEREAS, in light of the preexisting litigation obligations of counsel, and the Thanksgiving holiday, Defendant Federal National Mortgage Association and Plaintiff James Banneck (the "Parties") agree that an extension of the default deadlines for filing opposition and reply briefs with respect to the Motion is warranted;

WHEREAS, an initial case management conference in this matter is currently set for November 14, 2017 (Dkt. No. 18);

WHEREAS, given the pendency of the Motion and the need for lead counsel for both Parties to travel for court appearances, the Parties agree that the interests of efficiency would be served by specially holding the initial case management conference on the same date as the hearing on the Motion;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, as follows:

1. Plaintiff's opposition to Defendant's Motion to Dismiss shall be filed on or before November 10, 2017;
2. Defendant's reply in support of its Motion to Dismiss shall be filed on or before December 1, 2017;
3. The Parties jointly propose that the initial case management conference and hearing on Defendant's Motion to Dismiss be specially scheduled on the same date, December 13, 2017 or as ordered by the Court.

| | |
|---|---|
| Respectfully submitted, | |
| **FRANCIS & MAILMAN, P.C.** | **O'MELVENY & MYERS LLP** |
| */s/ James A. Francis*<br>JAMES A. FRANCIS<br>JOHN SOUMILAS<br>LAUREN KW BRENNAN<br>Land Title Building, 19th Floor<br>100 South Broad Street<br>Philadelphia, PA 19110<br>(215) 735-8600 | */s/ Danielle N. Oakley*<br>ELIZABETH L. MCKEEN<br>DANIELLE N. OAKLEY<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660-6429<br>(949) 823-6900<br><br>*Attorneys for Defendant* |
| **TATAR LAW FIRM, APC**<br>STEPHANIE R. TATAR<br>3500 West Olive Ave., Suite 300<br>Burbank, CA 91505<br>Tel: (323) 744-1146 | |
| **MENGEDOTH LAW PLLC**<br>PAUL B. MENGEDOTH<br>20909 N. 90th Place, Suite 211<br>Scottsdale, AZ 85255<br>Tel: (480) 778-9100 | |
| **GOLDSMITH & ASSOCIATES, LLC**<br>SYLVIA A. GOLDSMITH<br>20545 Center Ridge Road, Suite 120<br>Rocky River, OH 44116<br>Tel: (440) 934-3025 | |
| **KELLY & CRANDALL PLC**<br>KRISTI CAHOON KELLY<br>ANDREW GUZZO<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA 22030<br>Tel: (703) 424-7570 | |

*Attorneys for Plaintiff*


SO ORDERED: _____
WILLIAM H. ORRICK
United States District Judge


Dated: ___November 1, 2017