Stephanie R. Tatar, Esq. (SBN: 237792)
TATAR LAW FIRM, APC
3500 West Olive Ave., Suite 300
Burbank, CA 91505
Tel: (323) 744-1146
Fax: (888) 778-5695
E-mail: Stephanie@thetatarlawfirm.com

Paul B. Mengedoth, Esq.
MENGEDOTH LAW PLLC
*Mortgage Association*
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail:  paul@mengedothlaw.com

ERIC SHAPLAND (SBN 193853)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5758
Telephone: (213) 243-4238
Facsimile: (213) 243-4199
Eric.Shapland@arnoldporter.com

MICHAEL A.F. JOHNSON
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 649-3800
Facsimile: (202) (649-1071
Michael.Johnson@arnoldportner.com

*Counsel for Intervenor Federal Housing
Finance Agency*

[Additional counsel listed on signature page]

*Counsel for Plaintiff James Banneck
and all similarly situated individuals.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BANNECK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendant. | Case No. 3:17-cv-04657-WHO<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING CASE DEADLINES |

WHERAS, on May 18, 2018, the Court denied Defendant's Motion to Dismiss the Amended Complaint (Dkt. No. 58);

STIPULATION AND PROPOSED ORDER EXTENDING CASE DEADLINES

WHEREAS, on July 13, 2018, the Court granted Federal Housing Finance Agency leave to intervene in this matter (Dkt. No. 74);

WHEREAS, on July 19, 2018, Intervenor Federal Housing Finance Agency filed a Motion to Certify the May 18, 2018 Order for Interlocutory Appellate Review (Dkt. No. 76) ("Motion to Certify");

WHEREAS, the deadline for Plaintiff James Banneck to file his opposition to the Motion to Certify is currently set for August 2, 2018, and the deadline for Intervenor to file its reply is currently set for August 9, 2018, and a hearing on the Motion to Certify is currently set for August 22, 2018;

WHEREAS, Plaintiff and Intervenor have further conferred and agree that an extension of the briefing schedule is warranted in light of the existing litigation commitments of counsel, including those in this case.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff James Banneck and Intervenor Federal Housing Financing Agency, through their undersigned counsel of record as follows:

1. Plaintiff's opposition to Intervenor's Motion Certify the May 18, 2018 Order for Interlocutory Appellate Review shall be filed on or before August 23, 2018;

2. Intervenor's reply in support of its Motion to Certify the May 18, 2018 Order for Interlocutory Appellate Review shall be filed on or before September 13, 2018;

3. Plaintiff and Intervenor jointly propose that the hearing on the Motion to Certify the May 18, 2018 Order for Interlocutory Appellate Review be scheduled for September 27, 2018 or as ordered by the Court.

STIPULATION AND PROPOSED ORDER EXTENDING CASE DEADLINES

Respectfully submitted,

| | |
|---|---|
| **FRANCIS & MAILMAN, P.C.** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | |
| */s/ James A. Francis* | */s/ Michael A.F. Johnson* |
| JAMES A. FRANCIS | MICHAEL A.F. JOHNSON * |
| JOHN SOUMILAS | 601 Massachusetts Avenue NW |
| LAUREN KW BRENNAN | Washington, DC 20001 |
| Land Title Building, 19th Floor | (202) 649-3800 |
| 100 South Broad Street | *pro hac vice application pending* |
| Philadelphia, PA 19110 | **ARNOLD & PORTER KAYE** |
| (215) 735-8600 | **SCHOLER LLP** |
| | ERIC SHAPLAND |
| **TATAR LAW FIRM, APC** | 777 South Figueroa Street, 44th Floor |
| STEPHANIE R. TATAR | Los Angeles, California 90017-5758 |
| 3500 West Olive Ave., Suite 300 | (213) 243-4238 |
| Burbank, CA 91505 | |
| Tel: (323) 744-1146 | *Attorneys for Intervenor* |

**MENGEDOTH LAW PLLC**
PAUL B. MENGEDOTH
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100

**GOLDSMITH & ASSOCIATES, LLC**
SYLVIA A. GOLDSMITH
20545 Center Ridge Road, Suite 120
Rocky River, OH 44116
Tel: (440) 934-3025

**KELLY & CRANDALL PLC**
KRISTI CAHOON KELLY
ANDREW GUZZO
3925 Chain Bridge Road, Suite. 202
Fairfax, VA 22030
Tel: (703) 424-7570

*Attorneys for Plaintiff*                ORDER

The stipulation is granted.  The hearing is set for September 26, 2018.

SO ORDERED.


Dated:  August 1, 2018                    _____
                                          Hon. William H. Orrick
                                          United States District Judge

STIPULATION AND PROPOSED ORDER EXTENDING CASE DEADLINES