Stephanie R. Tatar, Esq. (SBN: 237792)
TATAR LAW FIRM, APC
3500 West Olive Ave., Suite 300
Burbank, CA 91505
Tel: (323) 744-1146
Fax: (888) 778-5695
E-mail: Stephanie@thetatarlawfirm.com

Paul B. Mengedoth, Esq.
MENGEDOTH LAW PLLC
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail: paul@mengedothlaw.com

[Additional counsel listed on signature page]

*Counsel for Plaintiff James Banneck
and all similarly situated individuals*

ELIZABETH L. MCKEEN (S.B. #216690)
DANIELLE N. OAKLEY (S.B. #246295)
BENJAMIN D. BROOKS (S.B. #314373)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
emckeen@omm.com
doakley@omm.com
benbrooks@omm.com

*Counsel for Defendant Federal National
Mortgage Association*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BANNECK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendant. | Case No. 3:17-cv-04657-WHO<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES FOR CASE MANAGEMENT CONFERENCE, SUMMARY JUDGMENT HEARING, CLASS CERTIFICATION BRIEFING, AND ADR** |

Plaintiff James Banneck and defendant Federal National Mortgage Association ("Fannie Mae") hereby stipulate as follows:

WHEREAS, a case management conference and the hearing on Fannie Mae's motion for summary judgment are currently scheduled for January 9, 2019;

WHEREAS, the parties have cited opinions from *Zabriskie v. Federal National Mortgage Association*, No. 13-cv-02260 (D. Ariz.), which was subsequently appealed to the Ninth Circuit as *Zabriskie v. Federal National Mortgage Association*, No. 17-16000 (9th Cir.), in their briefing on Fannie Mae's motion for summary judgment;

WHEREAS, on December 26, 2018, the Ninth Circuit entered an order under seal in *Zabriskie*, No. 17-16000 (9th Cir. Dec. 26, 2018) (Dkt. 67);

WHEREAS, the *Zabriskie* parties are not permitted to disclose the content of the December 26, 2018 order, but the parties expect the Ninth Circuit to file publicly its decision in *Zabriskie* in the near future;

WHEREAS, the parties agree that the case management conference and hearing on Fannie Mae's motion for summary judgment should be held after the Ninth Circuit files its decision in *Zabriskie*;

WHEREAS, the parties further agree that class certification should be briefed after the hearing on Fannie Mae's motion for summary judgment, and that ADR should be completed after the Court rules on plaintiff's anticipated motion for class certification;

WHEREAS, the requested extension is not to unduly delay the prosecution of this action, but to provide the Court with argument and briefing that will permit a just and efficient determination of the issues raised in Fannie Mae's motion for summary judgment and plaintiff's anticipated motion for class certification;

THEREFORE, pursuant to Fed. R. Civ. P. 6(b), Civil L.R. 7-7(b), and Civil L.R. 6-2(a), the parties stipulate and respectfully request that the Court enter an Order extending certain deadlines in this case as follows; no other existing deadlines will be altered:

| Event | Deadline |
|---|---|
| Case management conference and hearing on Fannie Mae's motion for summary judgment | February 20, 2019 or as ordered by the Court |
| Plaintiff's motion for class certification | March 1, 2019 |
| Defendant's opposition to class certification | April 10, 2019 |
| Plaintiff's reply in support of class certification | April 24, 2019 |
| Hearing on plaintiff's motion for class certification | May 8, 2019 or as ordered by the Court |
| Deadline to complete ADR | July 15, 2019 |

Respectfully submitted,

Dated: January 3, 2019

**FRANCIS & MAILMAN, P.C.**

*/s/ James A. Francis*
JAMES A. FRANCIS
JOHN SOUMILAS
LAUREN KW BRENNAN
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

**TATAR LAW FIRM, APC**
STEPHANIE R. TATAR
3500 West Olive Ave., Suite 300
Burbank, CA 91505
Tel: (323) 744-1146

**MENGEDOTH LAW PLLC**
PAUL B. MENGEDOTH
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100

**GOLDSMITH & ASSOCIATES, LLC**
SYLVIA A. GOLDSMITH
20545 Center Ridge Road, Suite 120
Rocky River, OH 44116
Tel: (440) 934-3025

**KELLY & CRANDALL PLC**
KRISTI CAHOON KELLY
CASEY SHANNON NASH
3925 Chain Bridge Road, Suite. 202
Fairfax, VA 22030
Tel: (703) 424-7570

*Attorneys for Plaintiff*

Dated: January 3, 2019

**O'MELVENY & MYERS LLP**

*/s/ Danielle N. Oakley*
ELIZABETH L. MCKEEN
DANIELLE N. OAKLEY
BENJAMIN D. BROOKS
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
(949) 823-6900

*Attorneys for Defendant*

| | |
|---|---|
| 1 | |
| 2 | Having considered the parties' above Stipulated Scheduling Order, and for good cause shown, |
| 3 | **IT IS HEREBY ORDERED**, adopting the foregoing deadlines in this matter. |
| 4 | |
| 5 | Dated: January 4, 2019 |
| 6 | WILLIAM H. ORRICK<br>U.S. DISTRICT COURT JUDGE |

Attestation

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 3, 2019                                O'Melveny & Myers LLP


                                                     By: /s/ *Danielle N. Oakley*
                                                         Danielle N. Oakley