UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BANNECK,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Defendant. | Case No.  17-cv-04657-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Court's Order Granting Defendant Federal National Mortgage Association's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: February 26, 2019



William H. Orrick
United States District Judge