Stephanie R. Tatar, Esq. (SBN: 237792)
**TATAR LAW FIRM, APC**
3500 West Olive Ave., Suite 300
Burbank, CA 91505
Tel: (323) 744-1146
Fax: (888) 778-5695
E-mail: Stephanie@thetatarlawfirm.com

Paul B. Mengedoth, Esq.
**MENGEDOTH LAW PLLC**
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail: paul@mengedothlaw.com

[Additional counsel listed on signature page]

*Counsel for Plaintiff James Banneck
and all similarly situated individuals.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BANNECK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　　Defendant. | Case No. 3:17-cv-04657-WHO<br><br>NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |

　　　Plaintiff James Banneck hereby appeals to the United States Court of Appeals for the Ninth Circuit from the orders of the United States District Court for the Northern District of California dated February 26, 2019, granting summary judgment and entering judgment in favor of Defendant Federal National Mortgage Association and against the Plaintiff (Dkt. Nos. 131, 132).

## REPRESENTATION STATEMENT

The parties and their respective counsel are as follows:

| **Plaintiff James Banneck:** | **Defendant Federal National Mortgage Association:** |
|---|---|
| JAMES A. FRANCIS<br>JOHN SOUMILAS<br>LAUREN KW BRENNAN<br>**FRANCIS & MAILMAN, P.C.**<br>1600 Market Street, 25th Floor<br>Philadelphia, PA 19103<br>(215) 735-8600 | ELIZABETH L. MCKEEN<br>DANIELLE N. OAKLEY<br>BENJAMIN D. BROOKS<br>**O'MELVENY & MYERS LLP**<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660-6429<br>(949) 823-6900 |
| **TATAR LAW FIRM, APC**<br>STEPHANIE R. TATAR<br>3500 West Olive Ave., Suite 300<br>Burbank, CA 91505<br>Tel: (323) 744-1146 | **Intervenor Federal Housing Finance Agency:**<br><br>MICHAEL A.F. JOHNSON<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>(202) 942-5000 |
| **MENGEDOTH LAW PLLC**<br>PAUL B. MENGEDOTH<br>20909 N. 90th Place, Suite 211<br>Scottsdale, AZ 85255<br>Tel: (480) 778-9100 | ERIC SHAPLAND<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>(213) 243-4000 |
| **GOLDSMITH & ASSOCIATES, LLC**<br>SYLVIA A. GOLDSMITH<br>20545 Center Ridge Road, Suite 120<br>Rocky River, OH 44116<br>Tel: (440) 934-3025 | |
| **KELLY GUZZO PLC**<br>KRISTI CAHOON KELLY<br>ANDREW GUZZO<br>CASEY S. NASH<br>3925 Chain Bridge Road, Suite. 202<br>Fairfax, VA 22030<br>Tel: (703) 424-7570 | |

Dated:   March 13, 2019

                                                                     Respectfully submitted,

                                                                     **FRANCIS & MAILMAN, P.C.**

                                                                     _/s/ James A. Francis_
                                                                     James A. Francis
                                                                     jfrancis@consumerlawfirm.com
                                                                     1600 Market Street, 25th Floor
                                                                    Philadelphia, PA 19103
                                                                    Telephone: (215) 735-8600
                                                                    Facsimile: (215) 940-8000

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's EM/ECF System.

Dated: March 13, 2019                      */s/ James A. Francis*
                                               James A. Francis