FILED

NOV 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES BANNECK, individually and on behalf of all others similarly situated, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Defendant-Appellee, <br><br> FEDERAL HOUSING FINANCE AGENCY, <br><br>   Intervenor-Defendant-Appellee. | No.   19-15468 <br><br> D.C. No. 3:17-cv-04657-WHO <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| JAMES BANNECK, individually and on behalf of all others similarly situated, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Defendant, <br><br> and <br><br> FEDERAL HOUSING FINANCE AGENCY, | No.   19-15594 <br><br> D.C. No. 3:17-cv-04657-WHO |

LBS 11-12-2019/Pro Mo

Intervenor-Defendant-
Appellant.

The parties' motions (Docket Entry Nos. 19 & 20) for voluntary dismissal are granted. Nos. 19-15468 and 19-15594 are dismissed with prejudice. *See* Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the terms of the stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court for Nos. 19-15468 and 19-15594.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7