ELIZABETH L. MCKEEN (S.B. #216690)
DANIELLE N. OAKLEY (S.B. #246295)
BENJAMIN D. BROOKS (S.B. #314373)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
emckeen@omm.com
doakley@omm.com
benbrooks@omm.com

Attorneys for Defendant Federal National
Mortgage Association

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BANNECK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendant. | Case No. 3:17-cv-04657-WHO<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING COSTS** |

1    WHEREAS, on February 26, 2019, this Court entered judgment for

2    Defendant Federal National Mortgage Association ("Fannie Mae");

3    WHEREAS, on March 12, 2019, Fannie Mae filed a bill of costs, which

4    Plaintiff James Banneck objected to on March 26, 2019, but no decision from the

5    Court has yet resolved the dispute;

6    WHEREAS, Plaintiff Banneck appealed to the United States Court of

7    Appeals for the Ninth Circuit and Intervenor Federal Housing Finance Authority

8    ("FHFA") cross-appealed;

9    WHEREAS, the Ninth Circuit stayed the cross-appeals pending the issuance

10   of a ruling and mandate on the petition for rehearing and rehearing *en banc* in

11   *Zabriskie. v. Federal National Mortgage Ass'n*, No. 17-16000 (9th Cir.).   On

12   October 7, 2019, the Ninth Circuit issued an amended order and opinion denying

13   the petition for panel rehearing and rehearing en banc in *Zabriskie*, ___ F.3d ___,

14   2019 WL 4940994, at *1 (9th Cir. 2019), and issued its mandate in that case on

15   October 16, 2019;

16   WHEREAS, in a separate filing in the Ninth Circuit the parties have agreed

17   to dismiss the cross-appeals with prejudice and with each side to bear its own costs

18   and fees on appeal

19   WHEREAS, the parties have conferred and agreed to the following terms:

20   • Fannie Mae and FHFA have agreed to waive any claim for taxable

21     costs in this Court;

22   • The undersigned counsel for Plaintiff certify that, as of the date below,

23     if they or anyone who acted as Plaintiff's counsel in this matter were

24     ever in possession of documents produced by Fannie Mae in *Burke v.*

25     *Fannie Mae*, No. 16-cv-00153-HEH (E.D. Va.), all versions and

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

copies of such documents have been destroyed. This includes all copies, abstracts, compilations, summaries, and any other format reproducing or capturing any document produced by Fannie Mae in Burke, whether in the possession of Plaintiff's counsel, their employees, agents or any other person who may have received the documents from Plaintiff's counsel.

Accordingly, IT IS HEREBY STIPULATED by the parties, through their respective counsel, that the Court enter an order that all parties bear their own fees and costs.

DATED November 14, 2019.

_s/ James A. Francis_
JAMES A. FRANCIS
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

_s/ John Soumilas_
JOHN SOUMILAS
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

_s/ Lauren KW Brennan_
LAUREN KW BRENNAN
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

_s/ Danielle N. Oakley_
ELIZABETH L. MCKEEN
DANIELLE N. OAKLEY
BENJAMIN D. BROOKS
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429

_Attorneys for Defendant Federal_
_National Mortgage Association_

_s/ Eric Shapland_
ERIC SHAPLAND
**ARNOLD & PORTER KAYE**
**SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5758

_Attorney for Intevenor Federal Housing_
_Finance Agency_

1

*s/ Stephanie R. Tatar*
2  STEPHANIE R. TATAR
**TATAR LAW FIRM, APC**
3  3500 West Olive Ave., Suite 300
Burbank, CA 91505
4  Tel: (323) 744-1146

5
*s/ Paul B. Mengedoth*
6  PAUL B. MENGEDOTH
**MENGEDOTH LAW PLLC**
7  20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
8  Tel: (480) 778-9100

9
*s/ Sylvia A. Goldsmith*
10  SYLVIA A. GOLDSMITH
**GOLDSMITH & ASSOCIATES, LLC**
11  20545 Center Ridge Road, Suite 120
Rocky River, OH 44116
12  Tel: (440) 934-3025

13
*s/ Kristi Cahoon Kelly*
14  KRISTI CAHOON KELLY
**KELLY GUZZO PLC**
15  3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
16  Tel: (703) 424-7570

17

18
*s/ Casey Shannon Nash*
19  CASEY SHANNON NASH
**KELLY GUZZO PLC**
20  3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
21

22
*s/ Andrew Guzzo*
23  ANDREW GUZZO
**KELLY GUZZO PLC**
24  3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
25

26  *Attorneys for Plaintiff James Banneck*

27

28

STIPULATION RE: COSTS
3:17-cv-04657-WHO

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated: November 18, 2019

4                                                    Hon. William H. Orrick
                                                     United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4                                               STIPULATION RE: COSTS
                                                3:17-cv-04657-WHO

1

<u>Attestation</u>

2

    I hereby attest that the other signatories listed, on whose behalf the filing is

3

submitted, concur in the filing's content and have authorized the filing.

4

5

 Dated:  November 14, 2019                    O'Melveny & Myers LLP

6

7

                                     By: _/s/ *Danielle N. Oakley*_____
                                         Danielle N. Oakley

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: COSTS
3:17-cv-04657-WHO